No. 822. WASHINGTON EX REL. COLUMBIA BROADCASTING Co. *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY ET AL.

April 8, 1940. The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is granted. *Messrs. Cassius E. Gates* and *Godfrey Goldmark* for appellant.